**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ERWIN MIDDLETON, JR.,

    Plaintiff(s),

v.

WELLS FARGO BANK, N.A., et al.,

    Defendant(s).

2:21-cv-01936-APG-VCF

**ORDER**

    Before me is the motion to extend defendant synchrony bank's time to file response to complaint (ECF No. 6).

    Accordingly,

I ORDER that any opposition to the motion to extend defendant synchrony bank's time to file response to complaint (ECF No. 6) must be filed on or before noon, October 26, 2021.  No reply needed.

    DATED this 22nd day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE