# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ERWIN MIDDLETON, JR.,

    Plaintiff(s),

v.

WELLS FARGO BANK, N.A., et al.,

    Defendant(s).

2:21-cv-01936-APG-VCF

**ORDER**

Before me is the motion to extend Defendant Synchrony Bank's time to file response to complaint (ECF No. 6).

No opposition has been timely filed.  Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly, and good cause appearing,

I ORDER that the motion to extend defendant synchrony bank's time to file response to complaint (ECF No. 6) is GRANTED.  The deadline for Defendant Synchrony Bank to file a response to the complaint is extended up to and including November 17, 2021.

DATED this 26th day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE