Kelly H. Dove, Esq. (NV Bar No. 10569)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON, JR.; ANN GATES-MIDDLETON; ELAINE BERNETHA MIDDLETON,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., DBA WELLS FARGO HOMEMORTGAGE; SYNCHRONY FINANCIAL, DBA SYNCHRONY BANK,<br><br>Defendants. | Case No. 2:21-cv-01936-CDS-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

SNELL & WILMER L.L.P. hereby requests that the following attorney be removed from the CM/ECF service list as she is no longer associated with this matter:

- Holly E. Cheong

DATED November 22, 2022.

SNELL & WILMER L.L.P.

*/s/ Kelly H. Dove*
Kelly H. Dove (NV Bar No. 10569)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
*Attorneys for Wells Fargo Bank, N.A.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-23-2022  _____

4872-6795-0143

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by           , a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED: November 22, 2022.

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4872-6795-0143